**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JACOB SHOUSE,** | ) | **Civil Action No. 7:12-cv-00479** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | **By: Hon. Robert S. Ballou** |
| **DAVID BOHEM, <u>et al.</u>,** | ) | **United States Magistrate Judge** |
| **Defendants.** | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that plaintiff's motion for interlocutory injunctive relief (Docket No. 27) is **DENIED** without prejudice.

The Clerk of the Court is directed to send copies of this Order to plaintiff and counsel of record for the defendants.

Entered: April 16, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge