CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 21 2013
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **JACOB SHOUSE** | ) | Case No. 7:12cv-00479 |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVID BOHEM, et. al.,** | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| **Defendants** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

(1) Defendant Bohem and Davidson's motion for summary judgment (Docket No. 22) under 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies is **GRANTED in part and DENIED in part,** as follows: the motion is **DENIED** as to plaintiff's claim related to denial of adequate mental health treatment (claim 1) and **GRANTED** on claims 2, 3, 4 and 5, which claims are dismissed without prejudice.

(2) Defendant Jones' motion to dismiss (Docket No. 23) is **GRANTED** on all plaintiff's claims.

(3) Defendants Bohem and Davidson are granted leave to file an amended motion for summary judgment addressing the merits of plaintiff's remaining claim.

ENTER: this 21st day of May, 2013.

Senior United States District Judge